**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. 2:06-mJ-269 KJM

ERIKA MIGUEL

ORDER TO PAY   FILED

SOCIAL SECURITY #: 560·81·5723
DATE OF BIRTH: 5·10·84
DRIVER'S LICENSE #: D5329027
ADDRESS: 390 Jacaranda Dr
          Suisun      CA      94585
       City        STATE    ZIP CODE

NOV 1 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
        DEPUTY CLERK

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 11/16/06

DEFENDANT'S SIGNATURE

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

(X) Fine: $ 175   and a penalty assessment of $ 10   for a TOTAL
AMOUNT OF: $ 185   within _____ days/months; or payments of $ _____ per
month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
completed by _____
(X) 1 year court PROBATION, TO TERMINATE UPON completion
PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to
(circle one):

OF FINE & s/A PAYMENTS AND COMPLETION OF STATE FINE PAYMENTS.

CLERK, USDC
CENTRAL VIOLATIONS BUREAU
POST OFFICE BOX 105650
ATLANTA, GA 30348-5650

CLERK, USDC
1130 O STREET, RM 5000
FRESNO, CA 93721

CLERK, USDC
650 CAPITOL MALL, RM 2546
SACRAMENTO, CA 95814

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 11-16-06

KJM

U. S. MAGISTRATE JUDGE

Clerk's Office